UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SEAN DAVID FOLLETT,<br><br>Petitioner,<br><br>v.<br><br>ISIDRO BACA, et al.,<br><br>Respondents. | Case No. 3:15-cv-00386-RCJ-WGC<br><br>**ORDER** |

Respondents having filed a motion for enlargement of time (first request) (ECF No. 39), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (first request) (ECF No. 39) is **GRANTED**. Respondents will have through August 23, 2018, to file a response to the amended petition (ECF No. 36).

DATED: July 24, 2018.

ROBERT C. JONES
United States District Judge

1