# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SEAN DAVID FOLLETT,<br><br>Petitioner,<br><br>v.<br><br>ISIDRO BACA, et al.,<br><br>Respondents. | Case No. 3:15-cv-00386-RCJ-WGC<br><br>**ORDER** |

Petitioner having filed a motion for untimely extension (ECF No. 48), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's motion for untimely extension (ECF No. 48) is **GRANTED**. Petitioner will have through October 29, 2018, to file a response to the motion to dismiss (ECF No. 44).

DATED: *October 24, 2018*.

_____
ROBERT C. JONES
United States District Judge

1