UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SEAN DAVID FOLLETT,<br><br>    Petitioner,<br><br>v.<br><br>ISIDRO BACA, et al.,<br><br>    Respondents. | Case No. 3:15-cv-00386-RCJ-WGC<br><br>**ORDER** |

Respondents having filed a motion for enlargement of time (third request) (ECF No. 43), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (third request) (ECF No. 43) is **GRANTED**. Respondents will have through October 1, 2018, to file a response to the amended petition (ECF No. 36).

DATED: This 24th day of October, 2018.

_____
ROBERT C. JONES
United States District Judge

1