# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SEAN DAVID FOLLETT,

    *Petitioner,*

vs.

ISIDRO BACA, *et al.*,

    *Respondents.*

3:15-cv-00386-RCJ-WGC

ORDER

This habeas matter under 28 U.S.C. § 2254 comes before the Court on petitioner's counsel's motion to withdraw (ECF No. 53) and further in connection with respondents' motion to dismiss (ECF No. 44).

For good cause shown, the motion to withdraw will be granted. Respondents' motion to dismiss will remain pending at this time pending entry of a scheduling order after replacement counsel is appointed. The scheduling order will give replacement counsel an opportunity to review the matter prior to seeking any relief vis-à-vis the briefing on the pending motion, the pleadings and/or otherwise.

IT IS THEREFORE ORDERED that petitioner's counsel's motion to withdraw (ECF No. 53) is GRANTED, and Ms. Wilson is terminated as counsel of record for petitioner.

The Clerk of Court will forward a copy of this order to the CJA Coordinator to secure a replacement panel attorney to represent petitioner. When replacement counsel is secured, the Coordinator will forward counsel's name and contact information to staff attorneys Messrs. Baker and King to draft a formal appointment order with scheduling provisions tailored to the case.

The Clerk further will send a hard copy of the current order to Mr. Follett in proper person at his institutional address and reflect that additional transmittal either in the notice of electronic filing and/or the docket entry for this order.

DATED: February 14, 2019.

_____
ROBERT C. JONES
United States District Judge