# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SEAN DAVID FOLLETT,

    Petitioner,

v.

ISIDRO BACA, et al.,

    Respondents.

Case No. 3:15-cv-00386-RCJ-WGC

**ORDER**

On February 14, 2019, the court granted Mary Lou Wilson's motion for withdrawal. ECF No. 54. On March 5, 2019, the court appointed Jamie J. Resch as substitute counsel for petitioner. ECF No. 55.

The court will give Resch time to become familiar with this case and to decide what to do. The operative petition is the amended petition. ECF No. 36. Respondents' have filed a motion to dismiss, ECF No. 44, Wilson has filed an opposition, ECF No. 51, and respondents' have filed a reply, ECF No. 52. The motion remains pending. Resch may file a notice to keep the motion to dismiss and the amended petition as they are now, Resch may move for leave to file an amended opposition to the motion to dismiss, or Resch may move for leave to amend the petition further. There might also be some other relief that Resch would request.

///

///

1

IT THEREFORE IS ORDERED that petitioner will have ninety (90) days from the date of entry of this order to file and serve a motion or notice indicating how petitioner wishes to proceed with this action. If counsel files a motion, then the normal briefing schedule of LR 7-2 will apply.

DATED: March 11, 2019.

_____
ROBERT C. JONES
United States District Judge