# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SEAN DAVID FOLLETT,<br><br>*Petitioner,*<br><br>vs.<br><br>ISIDRO BACA, *et al.,*<br><br>*Respondents.* | 3:15-cv-00386-RCJ-WGC<br><br>ORDER |

Petitioner's unopposed motion for leave to file a supplemental opposition (ECF No. 59) is GRANTED. Petitioner may file a supplemental response to respondents' motion to dismiss (ECF No. 44) within twenty-eight (28) days of entry of this order, and respondents may file a supplemental reply within fourteen (14) days of service of the supplemental response.

DATED: May 28, 2019.

_____
ROBERT C. JONES
United States District Judge