# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SEAN DAVID FOLLETT, | Case No. 3:15-cv-00386-RCJ-WGC |
| Petitioner, | **ORDER** |
| v. | |
| ISIDRO BACA, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 63), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (first request) (ECF No. 63) is **GRANTED**. Respondents will have through July 19, 2019, to file a reply to petitioner's supplement to opposition to motion to dismiss (ECF No. 62).

DATED: July 3, 2019.

ROBERT C. JONES
United States District Judge

1